UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
EDWIN DIAZ,

                Plaintiff,

    - against -

WELEDA, INC.

                Defendant.
------------------------------------------------------------------X

Case No. 1:18-cv-10917

**STIPULATION OF DISMISSAL WITH PREJUDICE**

**IT IS HEREBY STIPULATED AND AGREED,** by and between the parties in the above-captioned action, through the undersigned counsel, that, whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, in accordance with Rule 41 of the Federal Rules of Civil Procedure, the action be dismissed with prejudice and without costs or attorneys' fees as to all claims in the above-captioned lawsuit be dismissed with prejudice, with each party to bear its own fees and costs.

**IT IS FURTHER STIPULATED AND AGREED** that this Stipulation may be executed in counterparts and electronic signatures shall be deemed originals for the purpose of filing.

Dated: March 26, 2019

KAUFMAN DOLOWICH & VOLUCK, LLP
*Attorneys for Defendant*

Erik E. Sardiña, Esq.
Christopher Nucifora, Esq.
21 Main Street, Suite 251
Hackensack, NJ 07601
201-488-6655
4828-8396-5583, v. 1

Dated: March 25, 2019

COHEN & MIZRAHI LLP
*Attorneys for Plaintiff*

Joseph Mizrahi, Esq.
300 Cadman Plaza West, 12 Fl.
New York, NY 11201
(929) 575-4175

SO ORDERED.

April 4, 2019

- 9 -